**E-FILED**
Monday, 08 November, 2004  11:54:21 AM
Clerk, U.S. District Court, ILCD



# United States District Court

**CENTRAL DISTRICT OF ILLINOIS**

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

**OFFICE OF THE CLERK**
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

November 5, 2004

**FILED**

NOV 05 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**USA**

v.

CASE NO. **04-20025**

**Louis James**

RECEIPT

RECEIVED from John M. Waters, Clerk, U.S. District Court for the Central District of Illinois Government Exhibits 22A, 31 and 33.

Date: 11/5/04

_Jim Bass for Hilari Klaych_
Attorney for Plaintiff