E-FILED
Tuesday, 28 December, 2004  11:15:46 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br>v.<br><br>LOUIS JAMES<br><br>   Defendant | No.: 04-CR-20025 |

## NOTICE REGARDING LEAD COUNSEL

Please update the court records to reflect that Tiffani D. Johnson, and not Brian Threlkeld, is lead attorney in this case. All pleadings and docket entries relative to this proceeding should be directed to AFPD Johnson.

                    Respectfully submitted,

                    LOUIS JAMES, Defendant

                    RICHARD H. PARSONS
                    Federal Public Defender

     By:         s/Tiffani D. Johnson
                    TIFFANI D. JOHNSON, Bar No. 6278909
                    Assistant Federal Defender
                    300 West Main Street
                    Urbana, Illinois 61802
                    Telephone: (217) 373-0666
                    Facsimile: (217) 373-0667
                    Email: tiffani_johnson@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Timothy Bass.

                                              s/Tiffani D. Johnson
                                      TIFFANI D. JOHNSON, Bar No. 6278909
                                      Assistant Federal Defender
                                      300 West Main Street
                                      Urbana, Illinois 61802
                                      Telephone: (217) 373-0666
                                      Facsimile: (217) 373-0667
                                      Email: tiffani_johnson@fd.org