| | |
|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | TEL: 217-373-5830<br>FAX: 217-373-5834 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL DIVISION

**UNITED STATES OF AMERICA** )
)
)   CASE NO. 04-20025-001
vs. )
)
)
**LOUIS JAMES**

NOTICE OF APPEAL

NOTICE is hereby given that LOUIS JAMES appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on 2/14/05 in the above case.

PREPARED BY:

s/John M. Waters
JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

**DATE ENTERED:** 2/14/05