E-FILED
Tuesday, 15 February, 2005  11:24:27 AM
 Clerk, U.S. District Court, ILCD

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District: Central District of Illinois*            *Docket No.: 04-20025-001*

*Division: Urbana, IL*

***Plaintiff (Petitioner)Short CaptionDefendant (Respondent)***

USA                                                    v.     LOUIS JAMES

---

***Current Counsel for Plaintiff (Petitioner):***        ***Current Counsel for Defendant (Respondent):***

*(Use separate sheet for additional counsel)*

*Name: Tim Bass*                                        *Name: Tiffani Johnson*

*Firm: US Attorney's Office*                            *Firm: Federal Public Defender*

*Address: 201 S. Vine St.*                              *Address: 300 W. Main St.*

*Urbana, IL  61801*                                     *Urbana, IL  61801*

*Phone: 217-373-5875*                                   *Phone: 217-373-0666*

---

*Judge: Michael P. McCuskey*                            *Nature of Suit Code:   Criminal*

*Court Reporter: Lisa Cosimini*                         *Date Filed in District Court:  4/7/04*

*Date of Judgment: 2/14/05*

*Date of Notice of Appeal: 2/14/05*

*Counsel:  _x__Appointed       ___Retained    ___Pro Se*

*Fee Status:    ___Paid        ___Due       ___IFP       ___IFP Pending      ___U.S.       _x__Waived*

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:         ___Yes         _x__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  14248-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**