E-FILED
Thursday, 02 June, 2005 02:49:19 PM
Clerk, U.S. District Court, ILCD

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
         Sheet 1

(54)

# UNITED STATES DISTRICT COURT

Central        District of       Illinois

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| LOUIS JAMES | Case Number: 04-20025-001 |
| | USM Number: 14248-026 |
| | Tiffani Johnson |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)  1,2,3
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC § 841(a)(1) and (b)(1)(A) | Possession of 50 Grams or More of Cocaine Base (Crack) with the Intent to Distribute | 2/2/2004 | 1 |
| 18 USC § 924(c)(1)(A)(i) | Carry/Possess Firearm in Furtherance of Drug Trafficking Crime | 2/2/2004 | 2 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/9/2005
Date of Imposition of Judgment

s/Michael P. McCuskey
Signature of Judge

MICHAEL P. MCCUSKEY        CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

02/11/05
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY:  s/S. Doan
     DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE:  2-15-05

Stamps: RECEIVED 2005 FEB 17, US MARSHALS SER CENTRAL ILLINO; FILED FEB 14 2005 JOHN M. WATERS, Clerk, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, URBANA, IL; FILED JUN 02 2005 JOHN M. WATERS, Clerk, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, URBANA, IL



AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 1A

Judgment—Page 2 of 7

DEFENDANT: LOUIS JAMES
CASE NUMBER: 04-20025-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 922(g)(1) | Unlawful Possession of Firearm by Felon | 2/2/2004 | 3 |

AO 245B  (Rev. 12/03) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page  3  of  7

DEFENDANT: LOUIS JAMES
CASE NUMBER: 04-20025-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

360 months. Said term shall consist of 300 months on Count 1, and 120 months to be served on Count 3, to be served concurrently, and 60 months on Count 2, to be served consecutively to the terms imposed on Counts 1 and 3.

☑ The court makes the following recommendations to the Bureau of Prisons:

1. Due to extensive family ties, the Court recommends to the BOP that the defendant be housed in the Midwest for visitation.

2. The Court finds the defendant is an addict and, therefore, recommends to the BOP that the defendant receive intensive and comprehensive drug and alcohol rehabilitation while in the BOP.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____  ☐ a.m.  ☐ p.m.  on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  May 11, 2005  to  Federal Correctional Inst.

a  Pekin, IL  , with a certified copy of this judgment.

R.V. Veach, WARDEN
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL