UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-20025 |
| | ) | |
| LOUIS JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO WITHDRAW RECORD**

Now comes the Defendant, LOUIS JAMES, by his attorney, and respectfully submits his motion to withdraw record. The Defendant states as follows:

1. The defendant was charged by Indictment on April 7, 2004, with the following counts: possession of narcotic with intent to distribute in violation of 21 U.S.C. 841(a)(1) and 841(b)(1)(A); possession of firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. 924(a)(1)(A)(I); and unlawful possession of a firearm which had previously been shipped or transported in interstate commerce in violation of 18 U.S.C. 922(g)(1). He was convicted following a jury trial on September 24, 2004.

2. This case is currently pending on direct appeal before the United States Court of Appeals for the Seventh Circuit. Circuit Rule 11(d) provides that an attorney for a party may withdraw the record during the time allowed for the preparation of a brief on appeal by giving a receipt to the clerk who has physical custody of the record.

3. On February 14, 2005, the Defendant filed a Notice of Appeal with the Seventh Circuit. The Defendant's Brief is now due July 1, 2005. In order to prepare the Defendant's brief on appeal, it is necessary that the Defendant review the complete record in this case.

4.	Accordingly, the Defendant respectfully requests that he be allowed to withdraw the record. The Defendant will promptly return the record to the United States District Court Clerk's Office in Urbana, Illinois upon completion of the Defendant's brief or upon notice that the United States Court of Appeals for the Seventh Circuit has requested transmittal of the record, whichever is earlier.

WHEREFORE, the Defendant respectfully requests that his motion be granted.

Respectfully Submitted,
LOUIS JAMES, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY: s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61801
Phone: (217) 373-0666
Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Assistant United States Attorney that is party to this case.

s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61801
Phone: (217) 373-0666
Fax: (217) 373-0667
Email: tiffani_johnson@fd.org