**E-FILED**
Monday, 27 June, 2005  03:13:59 PM
Clerk, U.S. District Court, ILCD



# United States District Court

**JOHN M. WATERS**
**CLERK OF COURT**

### CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

**OFFICE OF THE CLERK**
218 U.S. COURTHOUSE
201 S. VINE  STREET
URBANA, ILLINOIS 61802

June 27, 2005

Tiffani Johnson
Federal Public Defender
300 W. Main St.
Urbana IL  61801

Re: Record on appeal for USA  v  Louis James USDC # 04-20025, USCA # 05-1411

Dear Ms. Johnson:

Enclosed please find the Appeal Record for the above captioned case consisting of:

| | |
|---|---|
| _____1_____ | volumes of pleadings |
| _____3_____ | volumes of transcripts |
| _____ | volumes of depositions |
| _____ | loose pleadings |
| _____ | other |

Any trial exhibits in this case will be included in the record  on appeal and sent to the Court of Apeals with the record.  They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

S. Doan

enc/skd

This is to acknowledge receipt of the appeal Record on _____.

_____.

ELECTRONIC FILING SYSTEM - U.S. District Court ILCD - Docket Report          Page 1 of 13

APPEAL, REFER

## U.S. District Court
## Central District of Illinois (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-20025-MPM-DGB-ALL
## Internal Use Only

Case title: USA v. James                                Date Filed: 04/07/2004
Magistrate judge case number: 2:04-mj-07207

---

Assigned to: Judge Michael P.
McCuskey
Referred to: Magistrate Judge David G.
Bernthal

### Defendant

**Louis James** (1)                     represented by **Tiffani D Johnson**
*TERMINATED: 02/14/2005*                FEDERAL PUBLIC DEFENDER
                                        300 W Main St
                                        Urbana, IL 61801
                                        217-373-0666
                                        Fax: 217-373-0667
                                        Email: TDJECF@aol.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: Public Defender or*
                                        *Community Defender Appointment*

                                        **A Brian Threlkeld**
                                        FEDERAL PUBLIC DEFENDER
                                        300 W Main St
                                        Urbana, IL 61801
                                        217-373-0666
                                        Fax: 217-373-0667
                                        Email: brian_threlkeld@fd.org
                                        *TERMINATED: 12/28/2004*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: Public Defender or*
                                        *Community Defender Appointment*

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: S. Doan
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 6 - 27 - 05

### Pending Counts                        ### Disposition

                                        It is the judgment of the Court the
                                        defendant is committed to the custody
                                        of the BOP for a term of 360 months.
                                        Said term shall consist of 300 months
21:841A=ND.F NARCOTICS - SELL,          on Count 1, and 120 months to be

DISTRIBUTE, OR DISPENSE (On or about February 2, 2004, defendant knowingly and intentionally possessed 50 or more grams of a mixture or substance containing cocaine base (crack) with the intent to distribute it in violation of 21 USC 841(a)(1) and 841 (b)(1)(A)

(1)

18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (On or about February 2, 2004, defendant knowingly carried and possessed a firearm in furtherance of a drug trafficking crime in violation of 18 USC 924(c)(1)(A)(i))

(2)

18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. (On or about February 2, 2004, defendant did knowingly and unlawfully possess a firearm which had previously been shipped or transported in interstate commerce in violation of 18 USC 922(g)(1))

(3)

served on Count 3, to be served concurrently, and 60 months on Count 2, to be served consecutively to the terms imposed on Counts 1 and 3. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 10 years. This term shall consist of ten years on Count 1, five years on Count 2, and three years on Count 3, all to be served concurrently and under special conditions. Dft is to pay a $300 special assessment.

It is the judgment of the Court the defendant is committed to the custody of the BOP for a term of 360 months. Said term shall consist of 300 months on Count 1, and 120 months to be served on Count 3, to be served concurrently, and 60 months on Count 2, to be served consecutively to the terms imposed on Counts 1 and 3. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 10 years. This term shall consist of ten years on Count 1, five years on Count 2, and three years on Count 3, all to be served concurrently and under special conditions. Dft is to pay a $300 special assessment.

It is the judgment of the Court the defendant is committed to the custody of the BOP for a term of 360 months. Said term shall consist of 300 months on Count 1, and 120 months to be served on Count 3, to be served concurrently, and 60 months on Count 2, to be served consecutively to the terms imposed on Counts 1 and 3. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 10 years. This term shall consist of ten years on Count 1, five years on Count 2, and three years on Count 3, all to be served concurrently and under special conditions. Dft is to pay a $300 special assessment.

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

## Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**USA**                          represented by **Timothy A Bass**
US ATTY
201 South Vine
Urbana, IL 61801
217-373-5875
Fax: 217-373-5891
Email: tim.bass@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/10/2004 | 1 | COMPLAINT Louis James (1) count(s) cmp before Mag. Judge David G. Bernthal [ 2:04-m -7207 ] (JAB, ilcd) (Entered: 02/10/2004) |
| 02/10/2004 | 2 | ARREST Warrant issued for Louis James by Mag. Judge David G. Bernthal [ 2:04-m -7207 ] (JAB, ilcd) (Entered: 02/10/2004) |
| 02/10/2004 | | Docket Modification (Utility Event) sealing case [ 2:04-m -7207 ] (JAB, ilcd) (Entered: 02/10/2004) |
| 03/04/2004 | | Docket Modification (Utility Event) XM stopped as of 3/4/04 [ 2:04-m -7207 ] (JAB, ilcd) (Entered: 03/10/2004) |
| 03/05/2004 | | MINUTES: before Mag. Judge David G. Bernthal. An initial appearance hearing is set for 2:30 p.m. on MARCH 5, 2004. (cc: all counsel/USPO/USMS) [ 2:04-m -7207 ] (S, ilcd) (Entered: 03/05/2004) |
| 03/05/2004 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Colin Bruce, AUSA for Government. Initial appearance hearing held . First appearance of Louis James. Defendant advised of charges, rights and of right to counsel. Financial affdavit by defendant filed. The Court finds the defendant qualifies for appointment of counsel and appoints the |

| | | |
|---|---|---|
| | | Federal Public Defender's Office. Attorney Tiffani D Johnson present as to Louis James . Defendant advised of right to a preliminary hearing. Preliminary hearing held. Evidence for the Government. No evidence for defendant. Argument for Government, no argument for the defendant. The Court finds probable cause to hold the defendant to answer to the Grand Jury. Government seeks detention of defendant. Oral motion by defendant to continue the detention hearing; granted. The detention hearing is set for MARCH 8, 2004 at 1:30 p.m. Temporary order of detention to be entered and the defendant is remanded to the custody of the USM. Case unsealed upon motion by the Government. (cc: all counsel/USPO/USMS) [ 2:04-m -7207 ] (S, ilcd) (Entered: 03/08/2004) |
| 03/05/2004 | 3 | CJA Form 23 (Financial Affidavit) as to Louis James [ 2:04-m -7207 ] (S, ilcd) (Entered: 03/08/2004) |
| 03/05/2004 | 4 | ORDER of Detention of Louis James pending detention hearing by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS) [ 2:04-m -7207 ] (S, ilcd) (Entered: 03/08/2004) |
| 03/08/2004 | | MINUTES: before Mag. Judge David G. Bernthal. Due to a conflict with the Court's calendar, the detention hearing is RESET from 1:30 p.m. TO 11:00 a.m. on MARCH 8, 2004. (cc: all counsel/USPO/USMS) [ 2:04-m -7207 ] (JAB, ilcd) (Entered: 03/08/2004) |
| 03/08/2004 | | Docket Modification (Utility Event) Withdrawing AUSA attorney Colin S Bruce for USA and adding AUSA Tim Bass [ 2:04-m -7207 ] (JAB, ilcd) (Entered: 03/08/2004) |
| 03/08/2004 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Tim Bass, AUSA for Government. Defendant LOUIS JAMES appears in person and with counsel, Tiffani Johnson. Oral motion by defendant to continue detention hearing. No objection by Government; motion granted. The detention hearing is CONTINUED to MARCH 9, 2004 at 10:00 a.m. Temporary order of detention to remain in effect and the defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) [ 2:04-m -7207 ] (JAB, ilcd) (Entered: 03/08/2004) |
| 03/09/2004 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Tim Bass, AUSA for Government. Defendant LOUIS JAMES appears in person and with counsel, Tiffani Johnson, AFPD. Detention hearing held . Proffer to the Court by Government and defendant's attorney. Arguments by counsel heard. It is ordered the defendant is to be detained pending trial and is remanded to the custody of the USM. Written order of detention to be entered. (cc: all counsel/USPO/USMS) [ 2:04-m -7207 ] (JAB, ilcd) (Entered: 03/10/2004) |
| 03/10/2004 | 5 | ARREST Warrant returned executed as to Louis James 3/4/04 [ 2:04-m -7207 ] (JAB, ilcd) (Entered: 03/10/2004) |
| 03/10/2004 | 6 | ORDER of Detention of Louis James pending trial by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS) [ 2:04-m -7207 ] (JAB, ilcd) (Entered: 03/11/2004) |

| 04/07/2004 | 7 | INDICTMENT by USA Timothy A Bass. Counts filed against Louis James (1) count(s) 1, 2, 3 (SD, ilcd) (Entered: 04/08/2004) |
| 04/08/2004 | | MINUTES: before Mag. Judge David G. Bernthal. Arraignment set APRIL 15, 2004 at 3:00 p.m. (cc: all counsel/USPO/USMS) (SD, ilcd) (Entered: 04/08/2004) |
| 04/15/2004 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance by AUSA Bass for Govt/AFPD Johnson with dft LOUIS JAMES for arraignment at 3:00 4/15/04. Dft sworn; questioned by the Court. Dft advised of charges and penalties against him. Dft waives reading of indictment. Dft Louis James arraigned; NOT GUILTY plea entered. Scheduling order entered. Final pretrial conference set at 2:30 6/2/04, and jury selection/ jury trial set at 8:30 6/14/04, before Judge Michael P McCuskey in Courtroom A. Dft remanded to the custody of the U S Marshal. (cc: all counsel/USMS/USPO) (VB, ilcd) (Entered: 04/16/2004) |
| 04/15/2004 | 8 | SCHEDULING ORDER by Judge Michael P. McCuskey (cc: all counsel/USMS/USPO) (VB, ilcd) (Entered: 04/16/2004) |
| 05/04/2004 | | MINUTES: before Judge Michael P. McCuskey. On May 4, 2004, this Court received a document from defendant, Louis James, entitled "Motion to Suppress Evidence." Defendant is represented by counsel, Tiffani Johnson. Under Rule 12.1(B) of the Local Criminal Rules of the Central District of Illinois, a defendant represented by counsel may only file "written pleadings, motions, and other papers in a criminal case" if they are "signed by the attorney of record". Accordingly, defendant's document is being returned to him. This case remains set for a final pretrial conference at 2:30 p.m. on JUNE 2, 2004 and jury trial at 8:30 a.m. on JUNE 14, 2004. (cc: all counsel with copy of document/dft James with original document/USPO/USMS) (KM, ilcd) (Entered: 05/04/2004) |
| 05/19/2004 | 9 | NOTICE OF PRIOR CONVICTION by plaintiff USA (KM, ilcd) (Entered: 05/19/2004) |
| 06/01/2004 | 10 | MOTION to continue pretrial conference and jury trial by Louis James (SP, ilcd) (Entered: 06/01/2004) |
| 06/01/2004 | | MINUTES: before Judge Michael P. McCuskey. The motion to continue pretrial conference and jury trial [10-1] will be heard at the hearing set for 2:30 p.m., June 2, 2004, by personal appearance before the Honorable Michael P McCuskey, Courtroom A, 201 S Vine Street, Urbana, IL. (cc: all counsel/USMS/USPO) (SP, ilcd) (Entered: 06/02/2004) |
| 06/02/2004 | | MINUTES: before Judge Michael P. McCuskey. Appearance by AUSA Bass for Govt/dft LOUIS JAMES appears with AFPD Johnson for final pretrial conference at 2:30 6/2/04. Dft's atty orally requests to strike paragraph 5 of the motion to continue. Request granted. Paragraph 5 is stricken. Dft's motion to continue pretrial conference and jury trial [10-1] is granted. Jury trial previously set at 8:30 6/14/04 is VACATED. Any motions to suppress to be filed by 6/18/04. Jury trial set at 8:30 8/23/04. Trial is estimated for 4 days. Final pretrial conference set at 11:00 8/13/04. Crt finds ends of justice have been met pursuant to 18:3161(h) |

| | | |
|---|---|---|
| | | (8)(a). Time is excluded from 6/2/04 to 8/23/04. Dft is remanded to the custody of the U S Marshal. (cc: all counsel/USMS/USPO) (VB, ilcd) Modified on 06/03/2004 (Entered: 06/03/2004) |
| 06/15/2004 | 11 | MOTION to quash defendant's trial subpoena by USA (SP, ilcd) (Entered: 06/16/2004) |
| 06/16/2004 | | MINUTES: before Judge Michael P. McCuskey. On June 15, 2004, the Government filed a Motion to Quash Defendant's Trial Subpoena [11-1]. The Government is seeking to quash a subpoena issued to the "Keeper of Records" at the Decatur Police Department. The subpoena requests "[a]ny and all reports, records and warrants regarding the investigation of Louis James in February 2004, and thereafter to the present date" and set the date and time for compliance as June 18, 2004 at 9:00 a.m. Defendant is allowed until June 22, 2004 to respond to the Government's Motion. However, it appears to this court that the Government may be correct that Defendant is using the subpoena to obtain discovery that he is not entitled to under Rules 16 and 17 of the Federal Rules of Criminal Procedure. Accordingly, this court now rules that no compliance with the subpoena is required pending this court's review of Defendant's response and this court's ruling on the Government's Motion to Quash. (cc: all counsel) (KM, ilcd) (Entered: 06/16/2004) |
| 06/17/2004 | 12 | NOTICE OF WITHDRAWAL OF SUBPOENA by defendant Louis James (VB, ilcd) (Entered: 06/17/2004) |
| 06/21/2004 | | MINUTES: before Judge Michael P. McCuskey. On June 15, 2004, the Government filed a motion to quash defendant's trial subpoena (#11-1). The Court directed defendant to file a response to the Government's motion by June 22, 2004. However, on June 17, 2004, defendant filed a Withdrawl of Subpoena (#12). Therefore, the motion to quash [11-1] is moot. (cc: all counsel/USPO/USMS) (SD, ilcd) (Entered: 06/21/2004) |
| 08/13/2004 | ● | Minute Entry for proceedings held before Judge Michael P. McCuskey. Appearance by AUSA Bass for Govt/AFPD Johnson for Status Conference as to LOUIS JAMES held on 8/13/2004 at 11:10 AM. Due to AFPD Johnson's computer crashing, dft orally moves to continue the Pretrial Conference to file motions. Dft orally moves for a brief continuance of the Pretrial Conference. Motions are due by 8/20/2004. Responses are due by the miscellaneous deadline of 8/27/2004. Motion Hearing/Pretrial Conference set for 9/9/2004 03:30 PM in Courtroom A before Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 9/21/2004 09:00 AM in Courtroom A before Judge Michael P. McCuskey. Ends of justice are served. Time is excludable from 8/13/04 to 9/21/04 as to Louis James. Dft remanded to the U S Marshal. (cc:USPO/USMS)(Court Reporter L C.) (VB, ilcd) (Entered: 08/13/2004) |
| 08/27/2004 | ●13 | MOTION for Leave to File Instanter by Louis James. (SKD, ilcd) (Entered: 08/30/2004) |
| 08/27/2004 | ●14 | WITNESS AND EXHIBIT LIST by Louis James (SKD, ilcd) (Entered: 08/30/2004) |
| | | |

| 08/30/2004 | ❏ | TEXT ORDER entered by Judge Michael P. McCuskey on 8/30/04 granting defendant's [13] Motion for Leave to File Instanter pretrial motions as to Louis James. (MB, ilcd) (Entered: 08/30/2004) |
|---|---|---|
| 08/30/2004 | ❏ 15 | MOTION to add questions to Court's voir dire filed by defendant Louis James. Government is directed to respond by 9/03/04.(MB, ilcd) (Entered: 08/30/2004) |
| 08/30/2004 | ❏ 16 | MOTION in Limine regarding prior convictions filed by defendant Louis James. Government is directed to respond by 9/3/04. (MB, ilcd) (Entered: 08/30/2004) |
| 08/30/2004 | ❏ 17 | MOTION in Limine and Memorandum of Law to preclude prosecutor from arguing during opening statement and exaggerating the evidence to be presented at trial by defendant Louis James. Government is directed to respond by 9/3/04. (MB, ilcd) (Entered: 08/30/2004) |
| 08/30/2004 | ❏ 18 | MOTION to Compel disclosure of exculpatory information filed by defendant Louis James. Government is directed to respond by 9/3/04. (MB, ilcd) (Entered: 08/30/2004) |
| 08/30/2004 | ❏ 19 | MOTION to Suppress Evidence by Louis James. (SKD, ilcd) (Entered: 08/30/2004) |
| 08/30/2004 | ❏ 20 | MOTION to require notice of intent to use "other crimes" evidence filed by defendant Louis James. Government is directed to respond by 9/3/04. (MB, ilcd) (Entered: 08/30/2004) |
| 08/30/2004 | ❏ 21 | MEMORANDUM regarding the Court's role in questioning the defendant filed by defendant Louis James. (MB, ilcd) (Entered: 08/30/2004) |
| 08/30/2004 | ❏ | TEXT ORDER entered by Judge Michael P. McCuskey on 8/30/04. Government's responses to pretrial motions #15 through #20 are due 9/3/04. (MB, ilcd) (Entered: 08/30/2004) |
| 09/01/2004 | ❏ | NOTICE OF HEARING: A hearing on the Motion to Suppress [19] filed by defendant Louis James is set for 9/8/2004 at 9:15 AM by personal appearance in Courtroom A before Judge Michael P. McCuskey. The marshals are directed to have the defendant present for this hearing. The final pretrial in this matter remains set for 3:30 PM, 9/9/04 and the jury trial remains set for 9:00 AM, 9/21/04.(MB, ilcd) (Entered: 09/01/2004) |
| 09/03/2004 | ❏ 22 | MOTION for Extension of Time to File Response/Reply as to [19] MOTION to Suppress, [20] MOTION to require notice of intent to use "other crimes" evidence, [15] MOTION to add questions to Court's Voir Dire, [16] MOTION in Limine, [17] MOTION in Limine, [18] MOTION to Compel by USA as to Louis James. (Bass, Timothy) (Entered: 09/03/2004) |
| 09/03/2004 | ❏ | TEXT ORDER granting 22 Motion for Extension of Time to File Responses to the motions filed by Louis James. Responses are due on September 7, 2004. Entered by Judge Michael P. McCuskey on 9/3/2004. (DK2, ilcd) (Entered: 09/03/2004) |

| | | |
|---|---|---|
| 09/07/2004 | 23 | RESPONSE to Motion by USA as to Louis James re [19] MOTION to Suppress (Bass, Timothy) Modified on 6/27/2005 to show document is STRICKEN pursuant to Text Order of 9/7/04 (SKD, ilcd). (Entered: 09/07/2004) |
| 09/07/2004 | | TEXT ORDER entered by Judge Michael P. McCuskey. On 9/7/04, the Government filed a 23 Response to defendant's motion to suppress [19]. That document has no signature affixed, and the certificate of service is improper. Therefore, document 23 is STRICKEN. The Government is directed to correctly refile the document. (MB, ilcd) (Entered: 09/07/2004) |
| 09/07/2004 | 24 | RESPONSE to Motion by USA as to Louis James re [19] MOTION to Suppress (Bass, Timothy) (Entered: 09/07/2004) |
| 09/07/2004 | 25 | RESPONSE to Motion by USA as to Louis James re [15] MOTION to add questions to Court's Voir Dire, [20] MOTION to require notice of intent to use "other crimes" evidence, [16] MOTION in Limine, [17] MOTION in Limine, [18] MOTION to Compel (Bass, Timothy) (Entered: 09/07/2004) |
| 09/08/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of LOUIS JAMES in person and with counsel Tiffani Johnson, AFPD. Motion Hearing held on 9/8/2004 re [19] MOTION to Suppress filed by Louis James. Dft waives oral argument. Statement heard by Government. [19] Motion to Suppress is DENIED. All other pending matters will be heard on 9/9/04 at the Final PreTrial. Dft remanded to the custody of the USM. (Court Reporter LC.) (SKD, ilcd) (Entered: 09/08/2004) |
| 09/09/2004 | 26 | EXHIBIT LIST by USA as to Louis James (Bass, Timothy) (Entered: 09/09/2004) |
| 09/09/2004 | 27 | WITNESS LIST by USA as to Louis James (Bass, Timothy) (Entered: 09/09/2004) |
| 09/09/2004 | 28 | Proposed Jury Instructions by USA as to Louis James (Bass, Timothy) (Entered: 09/09/2004) |
| 09/09/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of LOUIS JAMES in person and with counsel Tiffani Johnson. Pretrial Conference held on 9/9/2004. Court issues rulings into the record on documents 15, 16, 17, 18 and 20. Order to be entered. Parties to file any objections to witness or exhibit lists by 9/17/04; Dft to file any objections to Govt Jury Instructions by 9/17/04; Any further responses due by 9/17/04. Trial estimated to be 3-4 days. Dft to be in civilian clothing for the duration of the trial which is scheduled to start 9/21/04. Dft remanded to the custody of the USM. (Court Reporter LC.) (SKD, ilcd) (Entered: 09/10/2004) |
| 09/09/2004 | | Set/Reset Deadlines/Hearings as to Louis James. Pursuant to minute entry from pretrial conference held 9/9/04, Jury selection and Jury Trial remains set for 9/21/2004 at 9:00 AM in Courtroom A before Judge |

| | | Michael P. McCuskey. (SKD, ilcd) (Entered: 09/10/2004) |
|---|---|---|
| 09/09/2004 | 29 | ORDER Entered by Judge Michael P. McCuskey on 9/9/04. It is ORDERED that [15] Motion to Add Questions to Court's voir dire by dft is GRANTED; [16] Motion in Limine re: Prior Convictions by dft is GRANTED IN PART AND DENIED IN PART; [17] Motion in Limine to Preclude prosecutor from arguing during opening statement filed by dft is DENIED; [18] Motion to Compel disclosure of exculpatory information by dft is DENIED AS MOOT; [20] Motion to require notice of intent to use "other crimes" evidence filed by dft is DENIED AS MOOT. (SKD, ilcd) (Entered: 09/10/2004) |
| 09/10/2004 | 30 | PETITION for Writ of Habeas Corpus ad testificandum *(Bradley Collier)* by USA as to Louis James. (Bass, Timothy) (Entered: 09/10/2004) |
| 09/10/2004 | 31 | ORDER granting 30 Motion for Writ of Habeas Corpus ad testificandum for witness Brad Collier to appear 9/21/04. Entered by Judge Michael P. McCuskey on 9/10/04. (SKD, ilcd) (Entered: 09/10/2004) |
| 09/10/2004 | 32 | Writ of Habeas Corpus ad Testificandum Issued as to witness Bradley Collier for 9/21/04 at 9:00 a.m. (SKD, ilcd) (Entered: 09/10/2004) |
| 09/19/2004 | 33 | Proposed Jury Instructions by Louis James (Johnson, Tiffani) (Entered: 09/19/2004) |
| 09/21/2004 | 34 | First MOTION to Withdraw Document *Defendant's Requested Jury Instructions #5 and #13* by Louis James. (Johnson, Tiffani) (Entered: 09/21/2004) |
| 09/21/2004 | 35 | Second MOTION in Limine *Regarding 404(b) Evidence* by Louis James. (Johnson, Tiffani) (Entered: 09/21/2004) |
| 09/21/2004 | 36 | First MOTION in Limine *to Preclude the Government and Its Witnesses from Referring to Tiara Woods as the Defendant's Girlfriend* by Louis James. (Johnson, Tiffani) (Entered: 09/21/2004) |
| 09/21/2004 | ❏ | Minute Entry for proceedings held before Judge Michael P. McCuskey. Appearances of Tim Bass, AUSA for Government. Appearance of LOUIS JAMES in person and with counsel Tiffani Johnson, AFPD and Brian Threlkeld, AFPD. Voir Dire begun on 9/21/2004. Jurors sworn as to qualifications. Court reads statement of case to jury.(Court Reporter LC.) (SKD, ilcd) (Entered: 09/27/2004) |
| 09/21/2004 | ❏ | Attorney update in case as to Louis James. Attorney A Brian Threlkeld for Louis James added. (SKD, ilcd) (Entered: 09/27/2004) |
| 09/21/2004 | ❏ | ORAL MOTION to waive appearance of Brian Threlkeld, AFPD for the afternoon of jury selection on 9/21/04 by Louis James. (SKD, ilcd) (Entered: 09/27/2004) |
| 09/21/2004 | ❏ | Minute Entry continued from voir dire proceedings held before Judge Michael P. McCuskey on 9/21/2004. Same appearances. ORAL Motion by dft to waive appearance of Brian Threlkeld, AFPD for the afternoon; granted. Jury selection held; jury impaneled and sworn to try the case. |

| | | |
|---|---|---|
| | | Jury out until 9:00 a.m. on 9/22/04. Dft remanded to the custody of the USM. Jury trial continued until 8:45 a.m. on 9/22/04. (Court Reporter LC.) (SKD, ilcd) (Entered: 09/27/2004) |
| 09/22/2004 | ❑ | Minute Entry for proceedings held before Judge Michael P. McCuskey on 9/22/2004. Same appearances. Jury trial begins. Jury Instruction conference held. Court notes the filing of dft's Motions in Limine (#35 and #36). Court orally responds. Court denies 35 Motion in Limine and 36 Motion in Limine. Jury in. Court reads preliminary instructions to jury. Opening statement by Govt. Opening statement by dft. Jury out. Amended exhibit list filed by Govt. Jury in. Evidence for Government. Witnesses sworn, testimony heard. Jury out. Stipulation submitted as exhibit 46 and read into the record by the Court. Jury in. Testimony continues. Jury out until 9:00 a.m. on 9/23/04. Preliminary jury instruction conference held; Dft James presence waived and remanded to the custody of the USM. 34 Motion to Withdraw Document discussed; no objection by govt. Motion granted. Jury trial continues at 8:45 on 9/23/04. (Court Reporter LC.) (SKD, ilcd) (Entered: 09/27/2004) |
| 09/22/2004 | ❑ 38 | AMENDED EXHIBIT LIST by USA as to Louis James (SKD, ilcd) (Entered: 09/27/2004) |
| 09/23/2004 | ❑ 37 | First MOTION for Acquittal by Louis James. (Johnson, Tiffani) (Entered: 09/23/2004) |
| 09/23/2004 | ❑ | ORAL MOTION by USA that the Court take Judicial Notice that Decatur is in Macon County, in the State of Illinois and is in the CDIL, Urbana Division. (SKD, ilcd) (Entered: 09/27/2004) |
| 09/23/2004 | ❑ | ORAL MOTION to renew motion for Acquittal by Louis James. (SKD, ilcd) (Entered: 09/27/2004) |
| 09/23/2004 | ❑ | ORAL MOTION to withdraw exhibits by USA.(SKD, ilcd) (Entered: 09/27/2004) |
| 09/23/2004 | ❑ | Minute Entry for proceedings held before Judge Michael P. McCuskey. Jury trial continued on 9/23/04. Same appearances. Jury in. Testimony continues. Govt orally moves that the Court take Judicial notice that Decatur is in Macon County; granted. Judicial notice taken. Government rests. Jury out. Dft's 37 Motion for Acquittal discussed; response by govt. Motion denied. No evidence for dft. Jury out until 9:00 a.m. on 9/24/04. Dft orally renews Motion for Acquittal. Response by Govt. Motion denied. Final jury instruction conference held. Oral motion by govt to withdraw exhibits; no objection by dft. Motion granted. Dft remanded to the custody of the USM. Jury trial continued until 8:30 a.m. on 9/24/04. (Court Reporter LC.) (SKD, ilcd) (Entered: 09/27/2004) |
| 09/24/2004 | ❑ | Minute Entry for proceedings held before Judge Michael P. McCuskey. Jury Trial continues on 9/24/2004. Same appearances. Jury instructions discssed. Jury in. Instructions read to Jury. Closing arguments by counsel. Bailiff sworn. Jury out for deliberations. Jury returns at 2:06 with verdict. Finding Louis James GUILTY as to counts 1, 2 and 3. Jurors polled and excused. Court enters judgment of conviction as to all 3 |

| | | |
|---|---|---|
| | | counts. Court directs US Probation Office to prepare Persentence Investigation Report. Sentencing set for 1/21/2005 at 10:30 AM in Courtroom A before Judge Michael P. McCuskey. Dft remanded to the custody of the USM. Order implementing sentencing guidelines to be entered. (Court Reporter LC.) (SKD, ilcd) (Entered: 09/27/2004) |
| 09/24/2004 | 39 | Jury Instructions Given/Refused/Withdrawn as to Louis James (SKD, ilcd) (Entered: 09/27/2004) |
| 09/24/2004 | 40 | Jury Instructions as GIVEN (SKD, ilcd) (Entered: 09/27/2004) |
| 09/24/2004 | 41 | JURY VERDICT as to Louis James (1) Guilty on Count 1,2,3 of Indictment. (Verdict forms A, B and C) (SKD, ilcd) (Entered: 09/27/2004) |
| 09/24/2004 | 42 | COURT'S EXHIBIT LIST with exhibits stored in vault(SKD, ilcd) (Entered: 09/27/2004) |
| 09/27/2004 | 43 | ORDER ON IMPLEMENTATION OF SENTENCING GUIDELINES as to Louis James. Entered by Judge Michael P. McCuskey. (SKD, ilcd) (Entered: 09/27/2004) |
| 09/27/2004 | | Terminate Deadlines and Hearings as to Louis James. Misc ddl of 9/17/04 and Jury trial ddl of 9/21/04 satisfied (SKD, ilcd) (Entered: 09/27/2004) |
| 09/28/2004 | 44 | Writ of Habeas Corpus ad Testificandum Returned Executed for Bradley Collier on 9/21/04, 9/22/04 and 9/23/04.(SKD, ilcd) (Entered: 09/28/2004) |
| 10/20/2004 | 45 | MOTION to Withdraw Document *(Government Exhibits 22A, 31 and 33)* by USA as to Louis James. (Bass, Timothy) (Entered: 10/20/2004) |
| 11/05/2004 | | TEXT ORDER entered by Judge Michael P. McCuskey on 11/5/2004 GRANTING 45 Motion to Withdraw Government's Exhibits 22A, 31 and 33 filed by the Government.(MB, ilcd) (Entered: 11/05/2004) |
| 11/05/2004 | 46 | Receipt for withdrawal of Govt exhibits 22A, 31 and 33 by USA as to Louis James. (SKD, ilcd) (Entered: 11/08/2004) |
| 12/28/2004 | 47 | NOTICE *OF LEAD COUNSEL* by Louis James (Johnson, Tiffani) Modified on 12/28/2004 to remove extra text (VB) (Entered: 12/28/2004) |
| 12/28/2004 | | Attorney update in case as to Louis James. Pursuant to the filing of #47 Notice of Lead Counsel on 12/28/04, Attorney A Brian Threlkeld terminated. (SKD, ilcd) (Entered: 12/30/2004) |
| 01/07/2005 | 48 | SENTENCING MEMORANDUM by Louis James (Johnson, Tiffani) (Entered: 01/07/2005) |
| 01/21/2005 | | ORAL MOTION to Continue sentencing by Louis James. (SKD, ilcd) (Entered: 01/21/2005) |
| 01/21/2005 | | Minute Entry for proceedings held 1/21/05 before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. |

| | | Appearance of LOUIS JAMES in person and with counsel Tiffani Johnson. Motion Hearing held re: Oral Motion to Continue by dft Louis James (1); no objection by Government. Motion granted. Defendant given leave to file amend sentencing memorandum by 1/28/05. Government to respond by 2/4/05. Sentencing set for 2/9/2005 at 1:15 PM in Courtroom A before Chief Judge Michael P. McCuskey. Dft remanded to the custody of the U.S. Marshal.(Court Reporter LC.) (SKD, ilcd) (Entered: 01/21/2005) |
|---|---|---|
| 02/03/2005 | 49 | SENTENCING MEMORANDUM by Louis James (Johnson, Tiffani) (Entered: 02/03/2005) |
| 02/09/2005 | | Minute Entry for proceedings held 2/9/05 before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of LOUIS JAMES in person and with counsel Tiffani Johnson. Sentencing held on for Louis James (1), Count(s) 1, 2, 3. Counsel acknowledge receipt of presentence investigation report; no objections stated by Govt. Objections stated by defendant to the presentence investigaton report. Recommendations by counsel heard. It is the judgment of the Court the defendant is committed to the custody of the BOP for a term of 360 months. Said term shall consist of 300 months on Count 1, and 120 months to be served on Count 3, to be served concurrently, and 60 months on Count 2, to be served consecutively to the terms imposed on Counts 1 and 3. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 10 years. This term shall consist of ten years on Count 1, five years on Count 2, and three years on Count 3, all to be served concurrently and under special conditions. Dft is to pay a $300 special assessment. The Court finds the dft is a career offender under the guidelines. The Court finds the dft indigent and directs the clerk to prepare a notice of appeal. Government states their objection to the defendant's sentence. Dft remanded to the custody of the U.S. Marshal. (Court Reporter LC.) (SKD, ilcd) Modified on 2/9/2005 to add objections by defendant (VB, ilcd). (Entered: 02/09/2005) |
| 02/09/2005 | 50 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Louis James (SKD, ilcd) (Entered: 02/09/2005) |
| 02/09/2005 | 51 | +++ **SENTENCING RECOMMENDATION** as to Louis James, Louis James. (SKD, ilcd) (Entered: 02/09/2005) |
| 02/09/2005 | 52 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Louis James (SKD, ilcd) (Entered: 02/09/2005) |
| 02/09/2005 | | Notice of Docket Text or Event Modification re 2/9/05 minutes as to sentencing. Clerk corrected minutes to reflect "objections stated by defendant to the presentence investigation report". (VB, ilcd) (Entered: 02/09/2005) |
| 02/10/2005 | 53 | +++ **SEALED DOCUMENT.** (SKD, ilcd) (Entered: 02/10/2005) |
| 02/14/2005 | 54 | JUDGMENT as to Louis James (1), Count(s) 1, 2, 3 (SKD, ilcd) (Entered: 02/14/2005) |

| 02/14/2005 | ●55 | NOTICE OF APPEAL by Louis James re 54 Judgment (SKD, ilcd) (Entered: 02/14/2005) |
| 02/15/2005 | ●56 | Short Record of Appeal as to Louis James sent to US Court of Appeals re 55 Notice of Appeal - Final Judgment (SKD, ilcd) (Entered: 02/15/2005) |
| 02/22/2005 | ●57 | USCA Case Number as to Louis James 05-1411 for 55 Notice of Appeal - Final Judgment. (SKD, ilcd) (Entered: 02/23/2005) |
| 05/09/2005 | ●58 | TRANSCRIPT as to Louis James of Motion to Supress Proceedings held on 9/8/04, Final Pretrial Conference on 9/9/04, Jury Trial on 9/21/04 and 9/22/04 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 05/09/2005) |
| 05/09/2005 | ●59 | TRANSCRIPT of Jury Trial as to Louis James held on 9/23/04 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 05/09/2005) |
| 05/09/2005 | ●60 | TRANSCRIPT of Jury Trial as to Louis James held on 9/24/04 and Sentencing hearing held 2/9/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 05/09/2005) |
| 06/02/2005 | ●61 | Judgment Returned Executed as to Louis James on 5/11/05 to FCI Pekin, IL. (SKD, ilcd) (Entered: 06/02/2005) |
| 06/27/2005 | ●62 | MOTION to Withdraw Document RECORD by Louis James. (Johnson, Tiffani) (Entered: 06/27/2005) |