

# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

June 27, 2005

Tiffani Johnson
Federal Public Defender
300 W. Main St.
Urbana IL  61801

Re: Record on appeal for USA v Louis James USDC # 04-20025, USCA # 05-1411

Dear Ms. Johnson:

Enclosed please find the Appeal Record for the above captioned case consisting of:

    \_\_\_\_1\_\_\_\_ volumes of pleadings
    \_\_\_\_3\_\_\_\_ volumes of transcripts
    _____ volumes of depositions
    _____ loose pleadings
    _____ other

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Apeals with the record. They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

S. Doan

enc/skd

This is to acknowledge receipt of the appeal Record on  6-27-05  .

_Diana L. King_