



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

November 5, 2004

**USA**

v.

CASE NO. **04-20025**

**Louis James**

### RECEIPT

RECEIVED from John M. Waters, Clerk, U.S. District Court for the Central District of Illinois Government Exhibits 22A, 31 and 33.

Date: 11/5/04

_____
Attorney for Plaintiff

Government Exhibits 22A, 31 and 33 received from Tim Bass July 1, 2005.

JOHN M. WATERS, CLERK OF COURT

BY: _____