**E-FILED**
Wednesday, 28 September, 2005  12:54:37 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

September 28, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. LOUIS JAMES
D. C. Docket No. 04-20025
U. S. C. A. Docket No. 05-1411

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1 Volumes of Pleadings

3 Volumes of Transcript

  Volumes of Depositions

2 Volumes of Exhibits:

  Impounded Exhibits:

  Other (specify): **Sealed Envelope with three (3) in-camera documents.**

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,
s/John M. Waters
JOHN M. WATERS, CLERK

BY: s/V. Ball
    Deputy Clerk