09/29/2005 THU 14:28 FAX 217 373 5834    U.S. DIST COURT                                    ☒003
2:04-cr-20025-MPM-DGB    # 68    Page 1 of 1
2:04-cr-20025-MPM-DGB    # 67    Page 1 of 1

**E-FILED**
Monday, 03 October, 2005 11:16:19 AM
Clerk, U.S. District Court, ILCD

E-FILED
Wednesday, 28 September, 2005 12:54:37 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

September 28, 2005

**05-1411**

**FILED**
OCT 03 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. LOUIS JAMES
D. C. Docket No. 04-20025
U. S. C. A. Docket No. 05-1411

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1 Volumes of Pleadings

3 Volumes of Transcript

   Volumes of Depositions

2 Volumes of Exhibits:

   Impounded Exhibits:

   Other (specify): **Sealed Envelope with three (3) in-camera documents.**

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

U.S.C.A.—7th Circuit
**FILED**
SEP 29 2005   DW
GINO J. AGNELLO
CLERK
DOC. # 190 (ce) - 1

Very truly yours,
s/John M. Waters
JOHN M. WATERS, CLERK

BY: s/V. Ball
Deputy Clerk

**ON AIMS**
SEP 29 2005
DW

U.S.C.A.—7th Circuit
**RECEIVED**
SEP 29 2005  JC
GINO J. AGNELLO
CLERK