# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF RECORD RETURN

**DATE:** November 2, 2006

**TO:** John M. Waters
United States District Court
Central District of Illinois
Suite 218
201 S. Vine Street
U.S. Courthouse
Urbana, IL 61802-3369

FILED
NOV - 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**FROM:** Clerk of the Court

**RE:** 05-1411
USA v. James, Louis
04 CR 20025, Michael P. McCuskey, Chief Judge

The mandate or agency closing letter in this cause issued on 10/16/06.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [ ] | Volumes Loose Pleadings |
| [3] | Volumes Transcripts |
| [2] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [1] | In Camera material |
| [ ] | Other: _____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

---

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: __11-3-06__                    __s/S. Doan__
                                      Deputy Clerk, U.S. District Court
(1073-042591)                         or Agency Representative