E-FILED
Tuesday, 09 September, 2008 10:52:02 AM
Clerk, U.S. District Court, ILCD

CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 5, 2008



*Before*

### ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff-Appellee,<br><br>No. 05-1411       v.<br><br>LOUIS JAMES,<br>      Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 04 CR 20025<br>]<br>] Michael P. McCuskey,<br>]     Chief Judge. |

The following is before the court:

1.   **APPELLANT'S MOTION TO RECALL MANDATE**, filed on July 30, 2008, by the pro se appellant.

2.   **RESPONSE TO MOTION TO RECALL THE MANDATE**, filed on August 25, 2008, by counsel for the defendant,

  **IT IS ORDERED** that #1 is **GRANTED**. The mandate in this appeal is **RECALLED**, the judgment order entered on September 22, 2006 is **VACATED** and **REISSUED** as of today's date. The appellant may file a petition for rehearing, if any, within 14 days or a petition for writ of certiorari within 90 days.

**RECEIVED**

SEP 0 8 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS